Case 8:17-cr-00456-JSM-CPT   Document 149   Filed 03/10/25   Page 1 of 1 PageID 842

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America  
v.  
SANTO MANUEL REYES DELGADO

Case No: 8:17-cr-456-JSM-CPT  
USM No: 69424-018

Date of Original Judgment: 03/21/2018  
Date of Previous Amended Judgment: _____  
*(Use Date of Last Amended Judgment if Any)*

*Pro se*  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150  months **is reduced to**  135 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/21/2018  shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: 3/10/2025

Judge's signature

Effective Date: _____  
*(if different from order date)*

James S. Moody, Jr., United States District Judge  
*Printed name and title*